**Order entered December 8, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01147-CV

**BAYLOR HEALTH CARE SYSTEM, Appellant**

**V.**

**KAREN OLSON, Appellee**

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-00568

## ORDER

We order Gary Fitzsimmons, Dallas County District Clerk, to file, by **DECEMBER 12, 2014**, a supplemental clerk's record containing the following four documents:

1.    Plaintiff's First Amended Petition filed on February 17, 2014;

2.    Letter of attorney Jason Kipness dated September 10, 2014;

3.    Letter of attorney Jason Kipness dated November 4, 2014; and

4.    Letter of attorney Jason Kipness dated November 25, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Gary Fitzsimmons and all counsel of record.

/s/    ELIZABETH LANG-MIERS
JUSTICE